FILED
2022 SEP 26 AM 9:26
CLERK
U.S. DISTRICT COURT

SCOTT YOUNG (10695)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
sy@scmlaw.com
*Attorneys for Defendants Unified Police
Department of Greater Salt Lake and Brent Atkinson*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| TAYLOR SCRUGGS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIFIED POLICE DEPARTMENT OF GREATER SALT LAKE; BRENT ATKINSON; PUBLIC EMPLOYEES HEALTH PROGRAM, and R. CHET LOFTIS,<br><br>　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:20-cv-00259 BSJ<br><br>Judge Bruce S. Jenkins |

Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice, and for good cause shown, the Court hereby GRANTS the parties' Stipulated Motion to Dismiss with Prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED this 26th day of September, 2022.

UNITED STATES DISTRICT COURT

Honorable Bruce S. Jenkins
United States District Court Judge

*Approved as to Form:*

DATED this 23rd day of September, 2022.

**SNOW CHRISTENSEN & MARTINEAU**

*/s/ Scott Young*
Scott Young
*Attorneys for Defendants Brent Atkinson and
 the Unified Police Department of Greater Salt Lake*

**LAW OFFICES OF JILLIAN T. WEISS, PC**

*/s/ Jillian T. Weiss (signed w/permission)*
[approval to attach e-signature granted via email 9.23.22]
Jillian T. Weiss
Harry E. Jones
*Attorneys for Plaintiff*